UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

_Gld3_____,
              Plaintiff(s),

v.

_Albra_____,
              Defendant(s).
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/24

**CALENDAR NOTICE**

21 CV 11058 (VB)

PLEASE TAKE NOTICE that the above-captioned case has been ~~scheduled/~~ (re-scheduled for:)

✓ Status conference
___ Telephone conference
___ Pre-motion conference
___ Settlement conference
___ Oral argument
___ Bench ruling on motion

___ Final pretrial conference
___ Jury selection and trial
___ Bench trial
___ Suppression hearing
___ Plea hearing
___ Sentencing

on __5/30__, 20_24_, at __2:30 PM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __5/28/24__

All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __5-9-__, 20_24_
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge