UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
GLD3, LLC, and SNOOK-9 REALTY, INC.,  :
                Plaintiffs,  :
v.  :     **ORDER**
    :
ALBRA, et al.  :    21 CV 11058 (VB)
                Defendants.  :
----------------------------------------------------------------x

*USDC SDNY — DOCUMENT ELECTRONICALLY FILED — DOC #: ___ — DATE FILED: 6/24/25*

    As discussed at an on-the-record conference held today and attended by all counsel, it is HEREBY ORDERED:

1. The parties are directed to engage in good faith settlement discussions. By **July 24, 2025**, the parties shall submit a status report regarding the status of settlement discussions and indicating whether there is anything the Court can do to assist in that regard.

2. The deadline for the completion of all discovery is extended to **August 25, 2025**, for two purposes: (i) the limited production of documents relating to recent Town of Fishkill public meetings, and (ii) the deposition of non-party witness Lance Ashworth.

3. By **September 30, 2025**, defendants shall file their motion for summary judgment.

4. By **October 30, 2025**, plaintiffs shall file their opposition to defendants' motion for summary judgment.

5. By **November 13, 2025**, defendants shall file their reply in support of their motion for summary judgment.

Dated: June 24, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge