UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

GLD3, LLC, and SNOOK-9 REALTY, INC.,
                    Plaintiffs,

v.

ALBRA, et al.
                  Defendants.

-------------------------------------------------------------x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 5/13/26

**ORDER**

21 CV 11058 (VB)

      For the reasons stated on the record at a hearing held today, plaintiffs' motion for the entry of a temporary restraining order (Docs. ##116, 117, 118) is DENIED.

Dated: May 13, 2026
      White Plains, NY

                        SO ORDERED:

                        Vincent L. Briccetti
                        United States District Judge