UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLD3, LLC AND SNOOK-9 REALTY, INC.,

Plaintiff,

-against-

AZEM ALBRA, TOWN SUPERVISOR AND TOWN BOARD MEMBER OF THE TOWN OF FISHKILL IN HIS OFFICIAL CAPACITY, JACQUELINE BARDINI, AS A TOWN BOARD MEMBER OF THE TOWN OF FISHKILL IN HER OFFICIAL CAPACITY, JOSEPH BUONO, AS A TOWN BOARD MEMBER OF THE TOWN OF FISHKILL IN HIS OFFICIAL CAPACITY, LOUISE DANIELLE, AS A TOWN BOARD MEMBER OF THE TOWN OF FISHKILL IN HER OFFICIAL CAPACITY, KENYA GADSDEN, AS A TOWN BOARD MEMBER OF THE TOWN OF FISHKILL IN HER OFFICIAL CAPACITY, THE TOWN BOARD OF THE TOWN OF FISHKILL, THE TOWN OF FISHKILL, AND DOES 1-20.,

Defendants.

21 CIVIL 11058 (VB)

# **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated July 13, 2026, the motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
July 15, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**